IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAN BOGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>WORLD BUSINESS LENDERS, LLC<br><br>　　　　　Defendant. | Case No. 16-cv-00794 PJM |

## NOTICE OF SETTLEMENT

　　　　Plaintiff files this notice to advise the Court that the parties, through their respective counsel, have agreed to a settlement.  A written settlement agreement has been exchanged, edited, and as of this writing, signed by at least some of the signatories, who are counsel for the parties, and the parties themselves.   To eliminate Defendant's concern about the need to appear and respond to the complaint, Plaintiff hereby consents to an extension of 30 days for any such response.

Plaintiff,
By Counsel,


Dated: April 14, 2016　　　　　　By:   /s/ Stephen H. Ring
　　　　　　　　　　　　　　　　　　Stephen H. Ring (Bar No. 00405)
　　　　　　　　　　　　　　　　　　STEPHEN H. RING, P.C.
　　　　　　　　　　　　　　　　　　9901 Belward Campus Drive, Suite 175
　　　　　　　　　　　　　　　　　　Rockville, MD 20850
　　　　　　　　　　　　　　　　　　Attorney No. 00405
　　　　　　　　　　　　　　　　　　Phone: (301) 563-9249
　　　　　　　　　　　　　　　　　　Fax: (301) 563-9639
　　　　　　　　　　　　　　　　　　shr@ringlaw.us